NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LINCOLN ELECTRIC COMPANY
AND LINCOLN GLOBAL, INC.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

and

**THE ESAB GROUP, INC.,**
*Intervenor,*

and

**SIDERGAS SPA,**
*Intervenor.*

---

2011-1087

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-686.

---

**ON MOTION**

---

## ORDER

The parties jointly move for a 60-day extension of time, until August 8, 2011, for the appellee and the intervenors to file their briefs, and for a 14-day extension of time, until September 8, 2011, for the appellants to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 12 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Terrance J. Wikberg, Esq.
     Jia Chen, Esq.
     Stephen B. Mosier, Esq.
     Blas P. Arroyo, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 12 2011

JAN HORBALY
CLERK